Case 3:20-cv-01393-BAS-BGS   Document 8   Filed 11/06/20   PageID.57   Page 1 of 3

Georgia Z. Schneider, Esq. SBN 251358
Daniel T. Watts, Esq. SBN 277861
**G¹⁰ GALUPPO LAW**
A Professional Law Corporation
2792 Gateway Road, Suite 102
Carlsbad, California 92009
Phone:  (760) 431-4575
Fax:     (760) 431-4579

Attorneys for Plaintiffs Jack S. Hobbs, as trustee of the Jack S. and Joan C. Hobbs Family Trust, and Donald G. Hobbs, as trustee of the Donald G. Hobbs and Marylou Hobbs Living Trusts A and B

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jack S. Hobbs, as trustee of the Jack S. and Joan C. Hobbs Family Trust; Donald G. Hobbs, as trustee of the Donald G. Hobbs and Marylou Hobbs Living Trust A; and Donald G. Hobbs as the trustee of the Donald G. Hobbs and Marylou Hobbs Living Trust B,<br><br>                                Plaintiffs,<br><br>v.<br><br>Electric Polymers Inc., a Delaware corporation; and Karen P. Shrier, an individual,<br><br>                                Defendants. | Case No.: 20-CV-01393-BAS-BGS<br><br>**CERTIFICATE OF SERVICE** |

1
CERTIFICATE OF SERVICE

20-CV-01393

The undersigned hereby certifies a true and correct copy of the following documents and any related exhibits were served by email and regular mail:

**ENTERED DEFAULT**

Copies were emailed/mailed to the following:

| | |
|---|---|
| Karen Shrier<br>321 Limestone<br>Jarrell, TX 76537-1292<br><br>kshrier@electronicpolymers.com | Electric Polymers, Inc.<br>c/o Karen Shrier<br>321 Limestone<br>Jarrell, TX 76537-1292<br><br>kshrier@electronicpolymers.com |

I certify under penalty of perjury that the above is true and correct. Executed on November 6, 2020, at Carlsbad, California.

/s/ Linda M. Koller
Linda M. Koller



# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jack S. Hobbs, as trustee of the Jack S. and Joan C. Hobbs Family Trust; Donald G. Hobbs, as trustee of the Donald G. Hobbs and Marylou Hobbs Living Trust A; and Donald G. Hobbs as the trustee of the Donald G. Hobbs and Marylou Hobbs Living Trust B

**Plaintiff,**

**V.**

Electric Polymers Inc., a Delaware corporation; Karen P. Shrier, an individual

**Defendant.**

**Civil No.** 20-cv-01393-BAS-BGS

**DEFAULT**

It appears from the record in the above entitled action that Summons issued on the Original Complaint Filed on July 21, 2020 has been regularly served upon each of the Defendants hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, on request of counsel for Plaintiff, the DEFAULT of each of the following Defendants is hereby entered: Electric Polymers Inc., a Delaware corporation; Karen P. Shrier, an individual.

Entered On: Oct 29, 2020

**JOHN MORRILL, Clerk of Court**

By: s/ J. Olsen

J. Olsen, Deputy