EJ-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*<br>After recording, return to:<br>Georgia Z. Schneider, Esq. (SBN 251358)<br>Dominick A. Severance, Esq. (SBN 292507)<br>G10 GALUPPO LAW, APLC<br>2792 Gateway Road, Suite 102<br>Carlsbad, California 92009<br>TEL NO.: (760) 431-4575    FAX NO. *(optional):* (760) 431-4579<br>E-MAIL ADDRESS *(Optional):* gschneider@galuppolaw.com<br>[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | **FOR RECORDER'S USE ONLY** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF [US Dist. Ct. South. Dist.]

STREET ADDRESS: 221 West Broadway

MAILING ADDRESS: 221 West Broadway

CITY AND ZIP CODE: San Diego 92101

BRANCH NAME: Edward J. Schwartz United States Courthouse

| | |
|---|---|
| PLAINTIFF: Jack S. Hobbs, as trustee, Donald G. Hobbs, as trustee, et al. | **CASE NUMBER:**<br>20-cv-01393-BAS-BGS |
| DEFENDANT: Electronic Polymers, Inc. and Karen P. Shrier | |

| | | |
|---|---|---|
| **ABSTRACT OF JUDGMENT—CIVIL**<br>**AND SMALL CLAIMS** | [ ] Amended | **FOR COURT USE ONLY** |

1. The [X] judgment creditor    [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   
   Name and last known address

   | Electronic Polymers, Inc.<br>321 Limestone<br>Janell, TX 76537-1292 |
   |---|

   b. Driver's license no. [last 4 digits] and state:    [X] Unknown
   c. Social security no. [last 4 digits]:    [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      Electronic Polymers, Inc.
      321 Limestone, Janell, TX 76537-1292

2. [X] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Jack S. Hobbs, as trustee of the Jack S. and Joan C. Hobbs Family Trust
   2312 Chalcedony St, San Diego, CA 92109
   Date: May 12, 2021
   Dominick A. Severance
   _____
   (TYPE OR PRINT NAME)

4. [X] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:
   ► _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $835,930.50

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* March 26, 2021
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by _____ , Deputy

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>EJ-001 [Rev. July 1, 2014] | **ABSTRACT OF JUDGMENT—CIVIL**<br>**AND SMALL CLAIMS** | Page 1 of 2<br>Code of Civil Procedure, §§ 488.480,<br>674, 700.190 |

| PLAINTIFF:   Jack S. Hobbs, as trustee, Donald G. Hobbs, as trustee, et al. | COURT CASE NO.: |
|---|---|
| DEFENDANT:   Electronic Polymers, Inc. and Karen P. Shrier | 20-cv-01393-BAS-BGS |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
Donald G. Hobbs, as trustee of the Donald G. Hobbs and
Marylou Hobbs Living Trust A
2312 Chalcedony St.
San Diego, CA 92109

14. Judgment creditor *(name and address):*
Donald G. Hobbs as the trustee of the Donald G. Hobbs
and Marylou Hobbs Living Trust B
2312 Chalcedony St.
San Diego, CA 92109

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.                 Name and last known address
Karen Shrier
321 Limestone
Janell, TX 76537-1292

Driver's license no. [last 4 digits] and state:      ☒ Unknown

Social security no. [last 4 digits]:      ☒ Unknown

Summons was personally served at or mailed to *(address):*
Karen Shrier
321 Limestone
Janell, TX 76537-1292

17.                 Name and last known address

Driver's license no. [last 4 digits] and state:      ☐ Unknown

Social security no. [last 4 digits]:      ☐ Unknown

Summons was personally served at or mailed to *(address):*

18.                 Name and last known address

Driver's license no. [last 4 digits] and state:      ☐ Unknown

Social security no. [last 4 digits]:      ☐ Unknown

Summons was personally served at or mailed to *(address):*

19.                 Name and last known address

Driver's license no. [last 4 digits] and state:      ☐ Unknown

Social security no. [last 4 digits]:      ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2